FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TONI MILES CULUMBER**                                    **PLAINTIFF**

**v.**                                    **Civil No. 1:23cv219-HSO-BWR**

**MORRIS NETWORK OF**
**MISSISSIPPI, INC.** *doing business as*
***WXXV-TV*, MORRIS**
**MULTIMEDIA, MORRIS NETWORK,**
**INC., and MORRIS MULTIMEDIA, INC.**                **DEFENDANTS**

## FINAL JUDGMENT

In accord with the Court's Order issued this date and incorporated herein by reference and its Order [98] granting in part and denying in part Defendants' Motion [34] to Dismiss,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 14th day of August, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE